| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | NYS Department of Taxation and Finance - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CARE Program | 4/4/2019-4/5/2019 | Binghamton, NY | non-FJE educational seminar | program fee, lodging, meals |
| 2. | Second Circuit Judicial Conference | 6/5/2019-6/7/2019 | New Paltz, NY | annual meeting | lodging |
| 3. | ACT2 Conference | 7/15/2019-7/16/2019 | Indianapolis, IN | conference | lodging, airfare, meals |
| 4. | Second Circuit Judges' Retreat | 9/11/2019-9/13/2019 | Lake Placid, NY | meeting | lodging, meals |
| 5. | Northern District New York Judges' Retreat | 12/5/2019-12/6/2019 | Albany, NY | meeting | meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  NYS Retirement Plan - no control | | None | N | T | | | | | |
| 2.  Trustco | A | Interest | J | T | | | | | |
| 3.  Keybank | A | Int./Div. | M | T | | | | | |
| 4.  SEFCU | A | Interest | M | T | | | | | |
| 5.  Citizens | A | Interest | K | T | | | | | |
| 6.  Brokerage #3 | | | | | | | | | |
| 7.  Morgan Stanley Bank N.A, | A | Interest | J | T | | | | | |
| 8.  -IWR | A | Int./Div. | K | T | Sold (part) | 10/11/19 | J | A | |
| 9.  -IJH | A | Int./Div. | K | T | | | | | |
| 10.  -IJR | A | Int./Div. | K | T | | | | | |
| 11.  -IWM | A | Int./Div. | J | T | | | | | |
| 12.  -FNX | A | Int./Div. | J | T | | | | | |
| 13.  -FYX | A | Int./Div. | J | T | | | | | |
| 14.  -EWJ | A | Int./Div. | J | T | | | | | |
| 15.  -DIA | A | Int./Div. | K | T | Buy (add'l) | 08/21/19 | J | | |
| 16.  -FEZ | A | Int./Div. | J | T | | | | | |
| 17.  -SPY | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -VGK | A | Int./Div. | J | T | Sold (part) | 01/22/19 | J | A | |
| 19.   -VPL | A | Int./Div. | J | T | Sold (part) | 01/22/19 | J | A | |
| 20.   -EEM | A | Int./Div. | J | T | | | | | |
| 21.   -EWU | A | Int./Div. | J | T | | | | | |
| 22.   -MDY | A | Int./Div. | J | T | | | | | |
| 23.   -IWD | A | Int./Div. | J | T | Buy (add'l) | 01/22/19 | J | | |
| 24.   -IWF | A | Int./Div. | J | T | | | | | |
| 25.   -RSP | A | Int./Div. | J | T | | | | | |
| 26.   -IJJ | A | Int./Div. | J | T | | | | | |
| 27.   -MUXA | A | Int./Div. | J | T | | | | | |
| 28.   -JPM | A | Int./Div. | J | T | | | | | |
| 29.   -WMT | A | Int./Div. | J | T | | | | | |
| 30.   -MSFT | A | Int./Div. | J | T | | | | | |
| 31.   -VZ | A | Int./Div. | J | T | | | | | |
| 32.   -T (X) | A | Int./Div. | J | T | | | | | |
| 33.   -CAT | A | Int./Div. | J | T | | | | | |
| 34.   -CSCO | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -XOM | A | Int./Div. | J | T | | | | | |
| 36. -JNJ | A | Int./Div. | J | T | | | | | |
| 37. -WFC | A | Int./Div. | J | T | | | | | |
| 38. -PG | A | Int./Div. | J | T | | | | | |
| 39. -AXP | A | Int./Div. | J | T | | | | | |
| 40. -AAPL | A | Int./Div. | J | T | | | | | |
| 41. -BK | A | Int./Div. | J | T | | | | | |
| 42. -BA | A | Int./Div. | J | T | | | | | |
| 43. -EMN | A | Int./Div. | J | T | | | | | |
| 44. -HD | A | Int./Div. | J | T | | | | | |
| 45. -IBM | A | Int./Div. | J | T | | | | | |
| 46. -PEP | A | Int./Div. | J | T | | | | | |
| 47. -UTX | A | Int./Div. | J | T | | | | | |
| 48. -DIS | A | Int./Div. | J | T | | | | | |
| 49. -FE | A | Int./Div. | J | T | | | | | |
| 50. -MRK | A | Int./Div. | J | T | | | | | |
| 51. -Capital One Bk USA CD | A | Interest | | | Matured | 02/07/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Bank New York Mellon CD | A | Interest | | | Matured | 02/20/19 | M | A | |
| 53. -Mizrahi Tefahot Bk Ltd CD | C | Interest | | | Buy | 02/19/19 | M | | |
| 54. | | | | | Matured | 05/20/19 | M | A | |
| 55. | | | | | Buy | 05/29/19 | M | | |
| 56. | | | | | Matured | 09/12/19 | M | A | |
| 57. | | | | | Buy | 09/03/19 | M | | |
| 58. | | | | | Matured | 12/10/19 | M | A | |
| 59. -Hancock Whitney B Gulfport MS CD | A | Interest | | | Buy | 02/28/19 | M | | |
| 60. | | | | | Matured | 05/28/19 | M | A | |
| 61. -BankUnited Natl CD | A | Interest | | | Buy | 05/20/19 | M | | |
| 62. | | | | | Matured | 08/30/19 | M | A | |
| 63. -Bank of China New York NY CD | A | Interest | | | Buy | 09/16/19 | M | | |
| 64. | | | | | Matured | 12/20/19 | M | A | |
| 65. -MSBNA Preferred Savings | A | Interest | N | T | Buy | 12/11/19 | M | | |
| 66. | | | | | Buy<br>(add'l) | 12/23/19 | M | | |
| 67. Brokerage Account #4 | | | | | | | | | |
| 68. -JPM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -T (X) | A | Dividend | J | T | | | | | |
| 70.   -CAT | A | Dividend | J | T | | | | | |
| 71.   -CSCO | A | Dividend | J | T | | | | | |
| 72.   -KO | A | Dividend | J | T | | | | | |
| 73.   -INTC | A | Dividend | J | T | | | | | |
| 74.   -JNJ | A | Dividend | J | T | | | | | |
| 75.   -WFC | A | Dividend | J | T | | | | | |
| 76.   -PG | A | Dividend | J | T | | | | | |
| 77.   -MCD | A | Dividend | J | T | | | | | |
| 78.   -WMT | A | Dividend | J | T | | | | | |
| 79.   -MSFT | A | Dividend | J | T | | | | | |
| 80.   -MRK | A | Dividend | J | T | | | | | |
| 81.   -EWJ | A | Int./Div. | J | T | | | | | |
| 82.   -DIA | A | Int./Div. | K | T | | | | | |
| 83.   -BND | A | Int./Div. | L | T | Buy (add'l) | 04/05/19 | J | | |
| 84.   -BSV | A | Int./Div. | K | T | Buy (add'l) | 08/22/19 | J | | |
| 85. | | | | | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -BNDX | A | Int./Div. | J | T | | | | | |
| 87.   -VRP | A | Int./Div. | J | T | | | | | |
| 88.   -IWD | A | Int./Div. | K | T | Sold<br>(part) | 04/09/19 | J | A | |
| 89.   -IWF | A | Int./Div. | K | T | Sold<br>(part) | 04/09/19 | J | A | |
| 90.   -HYG | A | Int./Div. | J | T | Sold<br>(part) | 04/09/19 | J | A | |
| 91.   -IWO | A | Int./Div. | J | T | | | | | |
| 92.   -IWN | A | Int./Div. | J | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 93.   -IJJ | A | Int./Div. | J | T | | | | | |
| 94.   -IJK | A | Int./Div. | J | T | | | | | |
| 95.   -IWS | A | Int./Div. | J | T | | | | | |
| 96.   -IWP | A | Int./Div. | J | T | | | | | |
| 97.   -JSOSX | A | Int./Div. | J | T | | | | | |
| 98.   -EFA | A | Int./Div. | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 99.   -IEFA | A | Int./Div. | L | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 100.  -IEMG | A | Int./Div. | K | T | | | | | |
| 101.  -SPY | A | Int./Div. | J | T | | | | | |
| 102.  -BIL | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -VCIT | A | Int./Div. | J | T | | | | | |
| 104.  -SHY | A | Int./Div. | J | T | | | | | |
| 105.  -MINT | A | Int./Div. | K | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 107.  -EMB | A | Int./Div. | J | T | Buy | 04/09/19 | J | | |
| 108.  -Morgan Bank Stanley | A | Interest | J | T | | | | | |
| 109.  Everflow Eastern Partners LP (X) | A | Distribution | J | U | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544